IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

REUBEN L. ADAMS                                                               PLAINTIFF

v.                         Case No. 4:22-cv-04110

TDC GENERAL CONTRACTORS LLC                         DEFENDANT

## ORDER

      Before the Court is the Defendant's Motion to Quash seeking to quash Plaintiff's Notice of Deposition for October 6, 2023. ECF No. 18. Defendant filed its Motion (ECF No. 18) on September 21, 2023. Pursuant to Local Rule 7.2, Plaintiff has fourteen (14) days from the date of service to respond, making Plaintiff's response due October 5, 2023. In the interest of time, the Court shortens Plaintiff's time to respond from October 5, 2023, to **September 29, 2023**.

      **IT IS SO ORDERED**, this 25th day of September, 2023.

                                                                 /s/ Susan O. Hickey
                                                                  Susan O. Hickey
                                                                  Chief United States District Judge