IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

REUBEN L. ADAMS                                                                                           PLAINTIFF

v.                                          Case No. 4:22-cv-04110

TDC GENERAL CONTRACTORS LLC                                                      DEFENDANT

**ORDER**

Before the Court is Plaintiff's Objection and Motion for Protection Order with Respect to Defendant's September 19, 2023 Notice of Inspection.  ECF No. 20.  Plaintiff filed its Motion (ECF No. 20) on September 26, 2023 requesting modified parameters to Defendant's Notice of Inspection. On October 3, 2023, Defendant responded.  ECF No. 23.  The Court finds the matter ripe for consideration.

In Plaintiff's Objection and Motion for Protection Order (ECF No. 20), Plaintiff requests the Court to order the following parameters with respect to the inspection: (1) designate one of the five apartments for inspection; (2) advise Plaintiff regarding this designation at least three days before the inspection is to start; (3) provide that Defendant is responsible for any inspection damage; (4) require Plaintiff's prior written consent for any alteration of the property; and (5) require the inspection to conclude in no more than three hours.  ECF No. 20, p. 9.

In Defendant's Response to Plaintiff's Objection and Motion for Protection Order (ECF No. 23), Defendant states that it is agreeable to move the inspection to a time prior to October 20, 2023 and requests that the Court "deny Plaintiff's Objection and Motion for Protection Order and command Plaintiff attend an inspection based on the [below] parameters."  ECF No. 23, pp. 1, 2. Defendant requests the following parameters of the inspection: (1) prohibit altering the property in any way

without prior written authorization from Plaintiff with both parties recognizing a second inspection most likely will be necessary in which alterations are made to the property and said alterations are agreed upon prior to second inspection; (2) conclusion of inspection within six hours unless extenuating circumstances require additional time or a second inspection; (3) Defendant is only responsible for any damage to property caused by or resulting from the inspection by Defendant or its representatives; (4) interior inspection to a particular apartment Defendant identifies at least three days prior to inspection and Plaintiff agrees to limit its expert opinions and damages to said particular apartment; (5) identity of particular apartment for inspection provided to Plaintiff three days before start of inspection and Plaintiff agrees to limit its expert opinions and damages to said particular apartment; and (6) identity of each of Defendant's participants in the inspection by name. *Id.* at p. 1-2. The Court agrees with Defendant.

The Parties must agree to and execute an inspection prior to October 20, 2023, with the following parameters: (1) Defendant must identify one of the five apartments for inspection provided to Plaintiff three days before start of inspection; (2) Parties must limit their expert opinions and damages to the identified apartment; (3) Defendant must prohibit altering the property in any way without prior written authorization from Plaintiff; (4) Defendant is only responsible for any damage to property caused by or resulting from the inspection by Defendant or its representatives; (5) Defendant must conclude the inspection within six hours; and (6) Defendant must identify each of its participants in the inspection by name.

Accordingly, Plaintiff's Objection and Motion for Protection Order with Respect to Defendant's September 19, 2023 Notice of Inspection (ECF No. 20) should be and hereby is **DENIED** in part and **GRANTED** in part subject to the aforementioned parameters.

**IT IS SO ORDERED**, this 4th day of October, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge