IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

REUBEN L. ADAMS                                                                                              PLAINTIFF

v.                                            Case No. 4:22-cv-04110

TDC GENERAL CONTRACTORS LLC                                                              DEFENDANT

## ORDER

Before the Court is Plaintiff's Objection and Motion for Protection Order with Respect to Defendant's November 2, 2023 Notice of Deposition. ECF No. 31. Defendant has responded. ECF No. 33. The Court finds the matter ripe for consideration.

Plaintiff objects to Defendant's notice of deposition served on November 2, 2023, and requests that the Court issue an order of protection requiring the deposition scheduled for November 14, 2023, to occur virtually or in a neutral location for the in-person deposition. ECF No. 31. In its response, Defendant requests that the "Court deny Plaintiff's Objection and Motion for Protection Order and command Plaintiff attend the Deposition scheduled on November 14, 2023." ECF No. 33. Defendant notes that they do not object to a neutral location but had no prior notice of any qualms with the requested location until the instant motion.

Upon review, the Court finds the instant motion (ECF No. 31) should be and hereby is **GRANTED in PART** and **DENIED in PART**. Plaintiff is not required to attend the deposition scheduled for November 14, 2023. However, the Court makes no determination regarding the location of the deposition. In light of the Order granting Defendant's Motion to Continue (ECF No. 34), the Court directs the parties to use the additional time to resolve their disagreement regarding the location of the deposition. The Court implores the parties to communicate more productively and proactively regarding their preferences for conducting depositions going forward.

**IT IS SO ORDERED**, this 9th day of November, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge