IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

REUBEN L. ADAMS                                                          PLAINTIFF

v.                              Case No. 4:22-cv-04110

TDC GENERAL CONTRACTORS LLC                                   DEFENDANT

**ORDER**

Before the Court is Defendant's Motion for Protective Order.  ECF No. 37.  Plaintiff has

responded.  ECF No. 38.  The Court finds the matter ripe for consideration.

The parties previously agreed to conduct an in-person deposition of Defendant's witness,

Donnie Sealy, on January 18, 2024, in Texarkana Arkansas.  ECF No. 37.  Due to weather

conditions, Defendant seeks to postpone the deposition.  *Id*.  Rather than agree to postpone the

deposition, Plaintiff noticed Defendant's witness for a virtual deposition to occur on the same date.

ECF No. 37-2.  However, Defendant states that "[d]ue to the probable lack of power and inability

to travel, Defendant's counsel cannot adequately prepare its witness in advance of the scheduled

deposition."  ECF No. 37.  Accordingly, Defendant requests the Court "enter a Protective Order

stating the January 18, 2024, deposition of [Donnie] Sealy be postponed to a future date when it is

safe and practical for all parties to travel."  *Id*.  Plaintiff objects to Defendant's request for a

protective order and requests Donnie Sealy "to appear for a deposition, conducted virtually or in

person as Plaintiff chooses, on January 23, 2024, commencing at 9 a.m., or such date and time as

this Honorable Court finds reasonable and just."  ECF No. 38.  The current discovery deadline is

May 19, 2024.  ECF No. 36.

Upon review, the Court finds the instant motion (ECF No. 37) should be and hereby is

**GRANTED**.  Defendant is not required to attend the deposition scheduled for January 18, 2024.

However, given that the Court does not know the parties' schedules, it makes no determination

regarding the location or date of the deposition.  The Court *again* implores the parties to communicate more productively and proactively regarding their preferences for conducting depositions going forward.

        **IT IS SO ORDERED**, this 16th day of January, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge