IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

REUBEN L. ADAMS                                           PLAINTIFF

v.                      Case No. 4:22-cv-04110

TDC GENERAL CONTRACTORS LLC                      DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Reconsideration of Summary Judgment In-Person Hearing. ECF No. 76. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Susan O. Hickey referred a portion of this Motion to the undersigned, and it is now ripe for consideration. ECF No. 77. Defendant has responded. ECF No. 78. Plaintiff has filed a Reply. ECF No. 79. The Court has considered the Motion, Response and Reply. The Motion for Reconsideration of Summary Judgment In-Person Hearing (ECF No. 76) is in all respects **DENIED**.

Pursuant to this Court's prior Order (ECF No. 75) this matter remains scheduled for hearing on the competing Motions for Summary Judgment at 10:00 a.m., September 25, 2024, in Texarkana, Arkansas.[1]

**IT IS SO ORDERED** this **5th day of September 2024.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

---

[1] The hearing will be held on the 4th Floor in U.S. Magistrate Judge Boone Baxter's courtroom.