IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

REUBEN L. ADAMS                                                                                    PLAINTIFF

v.                                         Case No. 4:22-cv-04110

TDC GENERAL CONTRACTORS, LLC                                                        DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed October 30, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 103). Judge Bryant recommends that Defendant TDC General Contractors, LLC's ("Defendant") Motion for Summary Judgment (*Defects*) (ECF No. 58) be denied.

No party has responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 103) *in toto*. Accordingly, Defendant's Motion for Summary Judgment (*Defects*) (ECF No. 58) is **DENIED**.

**IT IS SO ORDERED**, this 31st day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge